**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 11 2014 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Rockey Vaid and Jose Ramirez, *individually and on behalf of others similarly situated*,

Plaintiffs,

- against -

SPECTRUM DISTRIBUTING CORPORATION
and JOHN ESPOSITO

Defendants.

Case No. 12-cv-5648 (ENV)(VVP)

**Stipulation of Discontinuance**

Rockey Vaid, Spectrum Distributing Corporation, John Esposito, stipulate, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to Vaid's dismissal with prejudice of this action and request that Court dismiss this action with prejudice with respect to only Vaid and each Defendant, each party to bear their own costs.

SACCO & FILLAS, LLP

By: /s/
Mathew Beckwith (MB 1983)
31-19 Newtown Avenue, Seventh Floor
Astoria, New York 11102
Tel: (718) 746-3440

*Attorney for Plaintiff*

Segal, McCambidge, Singer & Mahoney

By: /s/
David Kostus (DK)
850 Third Avenue, Suite 1100
New York, New York 10022
Tel: (201) 604-4086

*Attorney for Defendants*

The Clerk is directed to close this case.

SO ORDERED.

s/Eric N. Vitaliano

U.S.D.J.

JUN 10 2014